**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8099**

JUAN CARRERO-VASQUEZ,

        Plaintiff - Appellant,

    v.

MR. GREGG L. HERSHBERGER, (Warden) R.C.I.; MEDICAL DEPT. OF
ROXBURY CORRECTIONAL INSTITUTION; P.A. CRYSTAL SWECKER; MR.
GREG DAVIS, Health Service Administrator; DR. JONATHAN
THOMPSON; MRS. MARY WESTFALL, Regional Director of Nursing;
MRS. STACEY KING; MRS. MARCY MCDOWELL-DUDDY, Consulting HSA;
MR. SALIK ALI, Regional Medical Director; MEDICAL DEPT. OF
JESSUP CORRECTIONAL INSTITUTION; P. A. MOSS; NURSE JEFF;
CORIZON MEDICAL SERVICES (COMPANY), Corporate Headquarters;
OPERATIONS HEADQUARTER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:12-cv-01264-RDB)

Submitted:  May 30, 2013                Decided:  June 4, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juan Carrero-Vasquez, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland; Jennifer E. Cameron, Michelle Jacquelyn Marzullo, Benjamin L. Davis, III, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carrero-Vasquez appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carrero-Vasquez v. Hershberger, No. 1:12-cv-01264-RDB (D. Md. Nov. 5, 2012; Dec. 13, 2012). We deny Carrero-Vasquez's motion to compel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED